DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

CATES, DOUGLAS

          Debtor(s)

)
)
) Chapter 13
) Case No. 11-5-2311 SLJ
)
) TRUSTEE'S OBJECTION TO
) CONFIRMATION WITH CERTIFICATE OF
) SERVICE
)
) 341 Meeting: Date: APRIL 28, 2011 @ 9:30 AM
) Pre-Hearing Conference Date: JUNE 23, 2011
) Pre-Hearing Conference Time: 9:30 AM
) Place: 280 S. 1st Street Room 3099
)       San Jose, CA
) Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee objects to feasibility of the proposed plan pursuant to 11 U.S.C. § 1325(a)(6) for the following reason: The proposed plan does not provide for arrears and/or on-going payments to junior lienholders on real property because a motion or adversary to eliminate the lien will be filed. The proposal does not demonstrate how the debtor will

Trustee's Obj to Confirmation 11-5-2311 SLJ–

be able to pay the amounts due to junior lienholders in the event the debtor is not successful in eliminating the lien.

Dated: April 21, 2011          /S/ Devin Derham-Burk
                               _____
                               Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I am not less than 18 years of age and not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 21, 2011.

Said envelopes were addressed as follows:

| DOUGLAS CATES | LAW OFFICES OF GOLD & HAMMES |
|---|---|
| 14662 BIG BASIN WAY #A | 1570 THE ALAMEDA #223 |
| SARATOGA CA 95070 | SAN JOSE CA 95126 |

/S/__Clotilde Costa_____
Office of Devin Derham-Burk, Trustee